IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

COURTNEY SPENCER,

    Plaintiff,

v.

                                              Case No. 1:21-cv-00121-MIS-JMR

MENTAL HEALTH
RESOURCES, INC.,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Closing Case entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE